# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID VARGO and LORI VARGO,** | : | CIVIL ACTION NO. 3:01-CV-1 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **SHARON MANGUS and SWIFT TRANSPORTATION CORPORATION,** | : | |
| Defendants | : | |
| **PEACHTREE SETTLEMENT FUNDING, LLC,** | : | |
| Miscellaneous Party | : | |

## ORDER

AND NOW, this 9th day of January, 2018, upon consideration of the joint petitions (Docs. 192, 194) by petitioners David Vargo and Peachtree Settlement Funding, LLC ("petitioners"), wherein petitioners seek consent and court approval to proceed with transfers of payment rights pursuant to the Structured Settlement Protection Act, 40 PA. STAT. AND CONS. STAT. ANN. § 4001 *et seq.*, and the court finding no basis upon which to withhold consent and approval, it is hereby ORDERED that petitioners are permitted to proceed in the Court of Common Pleas of Luzerne County, Pennsylvania with their joint petitions for transfer of payment rights.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania